[No. 466.   Decided January 22, 1890.]

J. GARDNER KENYON v. ROBERT KNIPE, *et al.*

*Appeal from District Court, King County.*

*J. B. Howe,* for appellant.

*C. H. Hanford,* and *Struve, Haines & McMicken,* for appellees.

STILES, J. — For the reasons assigned in the case of *Kenyon v. Squire, ante,* p. 9, the files, records and proceedings in this cause will be transferred to the United States circuit court for the district of Washington.

ANDERS, C. J., and SCOTT and HOYT, JJ., concur.
DUNBAR, J., not sitting.